IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| VICKY MCGREGOR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10cv00188 SWW |
| | * | |
| | * | |
| | * | |
| LIFE INSURANCE COMPANY OF | * | |
| NORTH AMERICA and CAPELLA | * | |
| HEALTHCARE, INC. SHORT-TERM & | * | |
| LONG-TERM DISABILITY PLANS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The motions [doc.#'s 4 & 5] of Peter E. Pederson and Daniel K. Ryan to appear pro hac vice as counsel for defendants Life Insurance Company of North America and Capella Healthcare, Inc. Short-Term and Long-Term Disability Plans is hereby granted.

IT IS SO ORDERED this 31st day of March 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE