```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION
```

VICKY MCGREGOR

v.                    NO. 4:10CV00188 SWW

LIFE INSURANCE COMPANY OF NORTH AMERICA, et al

### ORDER

The Court has been advised that this matter has been settled and the parties agree that the case should be dismissed with prejudice,

IT IS THEREFORE ORDERED that the above-styled case shall be dismissed with prejudice.

DATED this 23rd day of July 2010.

/s/Susan Webber Wright
United States District Judge